UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 4:11-bk-27208-EWH |
| | § | |
| FERDINAND MORELL | § | |
| LYNDORA MORELL | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Trudy A. Nowak, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $50,577.39 | Assets Exempt: | $175,900.00 |
| Total Distributions to Claimants: | $444.95 | Claims Discharged Without Payment: | $95,633.20 |
| Total Expenses of Administration: | $210.05 | | |

3) Total gross receipts of $655.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $655.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $228,389.00 | $14,853.99 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $210.05 | $210.05 | $210.05 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $89,106.00 | $42,679.15 | $42,679.15 | $444.95 |
| **Total Disbursements** | $317,495.00 | $57,743.19 | $42,889.20 | $655.00 |

4). This case was originally filed under chapter 7 on 09/23/2011. The case was pending for 9 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/30/2012      By:  /s/ Trudy A. Nowak
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2011 tax refund | 1224-000 | $477.34 |
| Nonexempt wages | 1229-000 | $177.66 |
| **TOTAL GROSS RECEIPTS** | | **$655.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | $16,416.00 | $14,853.99 | $0.00 | $0.00 |
| | CITIMORTGGE INC | 4110-000 | $188,495.00 | NA | $0.00 | $0.00 |
| | HUGHES FEDERAL CR UNION | 4210-000 | $12,842.00 | NA | $0.00 | $0.00 |
| | PIMA FEDERAL CREDIT UNION | 4210-000 | $10,636.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$228,389.00** | **$14,853.99** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trudy A. Nowak, Trustee | 2100-000 | NA | $163.75 | $163.75 | $163.75 |
| Trudy A. Nowak, Trustee | 2200-000 | NA | $45.15 | $45.15 | $45.15 |
| Integrity Bank | 2600-000 | NA | $1.15 | $1.15 | $1.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$210.05** | **$210.05** | **$210.05** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | $2,314.00 | $2,397.76 | $2,397.76 | $25.01 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $968.00 | $1,018.02 | $1,018.02 | $10.61 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $4,539.00 | $4,539.89 | $4,539.89 | $47.33 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $5,007.00 | $5,007.85 | $5,007.85 | $52.21 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $1,580.00 | $1,580.02 | $1,580.02 | $16.47 |
| 6 | Capital One,N.A | 7100-000 | $1,670.00 | $1,453.47 | $1,453.47 | $15.15 |
| 7 | AAFES/MIL STAR/EXCHANGE | 7100-000 | $5,330.00 | $12,380.54 | $12,380.54 | $129.07 |
| 8 | American Express Centurion Bank | 7100-000 | $6,192.00 | $6,192.23 | $6,192.23 | $64.56 |
| 10 | GE Capital Retail Bank | 7100-000 | $1,135.00 | $1,135.58 | $1,135.58 | $11.84 |
| 11 | GE Capital Retail Bank | 7100-000 | $1,977.00 | $1,977.65 | $1,977.65 | $20.62 |
| 12 | HSBC Bank Nevada, N.A. | 7100-000 | $2,526.00 | $2,526.71 | $2,526.71 | $26.34 |
| 13 | HSBC Bank Nevada, N.A. | 7100-000 | $2,469.00 | $2,469.43 | $2,469.43 | $25.74 |
|  | AMEX | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | AMEX | 7100-000 | $678.00 | NA | NA | $0.00 |
|  | FED LOAN SERV | 7100-000 | $13,292.00 | NA | NA | $0.00 |
|  | FED LOAN SERV | 7100-000 | $12,195.00 | NA | NA | $0.00 |
|  | FED LOAN SERV | 7100-000 | $4,619.00 | NA | NA | $0.00 |
|  | FED LOAN SERV | 7100-000 | $3,438.00 | NA | NA | $0.00 |
|  | GECRB/DISCOUNT TIRE | 7100-000 | $160.00 | NA | NA | $0.00 |
|  | JARED-GALLERIA OF JWLR | 7100-000 | $883.00 | NA | NA | $0.00 |
|  | JAREDS STERLING JEWLERS | 7100-000 | $865.00 | NA | NA | $0.00 |
|  | MERRICK | 7100-000 | $2,364.00 | NA | NA | $0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| BANK |  |  |  |  |  |
| MILITARY STAR | 7100-000 | $6,905.00 | NA | NA | $0.00 |
| PRFRED CUS AS | 7100-000 | $665.00 | NA | NA | $0.00 |
| THD/CBNA | 7100-000 | $4,389.00 | NA | NA | $0.00 |
| USAA SAVINGS BANK | 7100-000 | $2,653.00 | NA | NA | $0.00 |
| USAA SAVINGS BANK | 7100-000 | $293.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $89,106.00 | $42,679.15 | $42,679.15 | $444.95 |

| Case No.: | 11-27208-EWH | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|
| Case Name: | MORELL, FERDINAND AND MORELL, LYNDORA | | Date Filed (f) or Converted (c): | 09/23/2011 (f) |
| For the Period Ending: | 6/30/2012 | | §341(a) Meeting Date: | 11/08/2011 |
| | | | Claims Bar Date: | 04/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Debtors residence located at: 8895 E. Mayberry Dr. Tucson, AZ  85730 1604 sq ft; 2 Bedroom, 3 Bath; single family home 1604 sq ft.; 3 Bedroom 2 bath | $189,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Cash on Hand | $20.00 | $20.00 | DA | $0.00 | FA |
| 3 | Chase Bank Checking Account Account No. xxx-1154 | $300.00 | $0.00 | DA | $0.00 | FA |
| 4 | Chase Bank Checking Account Account No. xxx-4939 | $0.39 | $0.39 | DA | $0.00 | FA |
| 5 | Hughes Federal Credit Union Checking Account Account No. xxx-4513 | $49.00 | $49.00 | DA | $0.00 | FA |
| 6 | Pima Federal Credit Union Savings Account Account no. xxx-8872 | $25.00 | $25.00 | DA | $0.00 | FA |
| 7 | Exempt Household Goods - Kitchen Table & Chairs (90), Living Room Chair (150), Living Room Chair (50), Rugs (10), Beds (200), Bed Table (20), Dressers (30), Bedding (20), Family Pictures (20), Photos/Paintings (40), TVs (160), Stereo (60), Radio Alarm Clock (5), Stove (100), Refrigerator (100), Washer (100), Dryer (100), Vacuum Cleaner (40) | $1,295.00 | $0.00 | DA | $0.00 | FA |
| 8 | Non-exempt Household Goods - Book Shelves (30), CD Player (40), China Cabinet (50), Cumputer (100), Cooking Utensils (25), Desk (40), Dishware (30), Draperies (40), DVD Player (50), DVDs (40), Exercise Equipment (70), Fax Machine (20), Fire Extinguisher (10), Flatware (5), Laptop (80), Microwave (60), Mirrors (5), Small Appliances (5), Paintings/Art (20), Patio Furniture (10), Pots and Pans (10), Printer (5), Tools (30), Yard Equipment (20) | $795.00 | $795.00 | DA | $0.00 | FA |
| 9 | Pictures | $5.00 | $5.00 | DA | $0.00 | FA |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No.: | 11-27208-EWH | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|
| Case Name: | MORELL, FERDINAND AND MORELL, LYNDORA | Date Filed (f) or Converted (c): | 09/23/2011 (f) |
| For the Period Ending: | 6/30/2012 | §341(a) Meeting Date: | 11/08/2011 |
| | | Claims Bar Date: | 04/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| W Clothing (300) H Clothing (300) | $600.00 | $200.00 | DA | $0.00 | FA |
| Costume Jewelry | $200.00 | $200.00 | DA | $0.00 | FA |
| Quantz Watch | $30.00 | $0.00 | DA | $0.00 | FA |
| Wedding Rings (1000) | $1,150.00 | $0.00 | DA | $0.00 | FA |
| L & J Tax Service (sole proprietorship) owned by debtors Assets Owned by Business: Computer, Printer, Tax Books | $200.00 | $200.00 | DA | $0.00 | FA |
| 2004 Honda Civic 91,000 Miles SURRENDER | $7,130.00 | $0.00 | DA | $0.00 | FA |
| 2004 Lincoln Navigator 89,710 Miles | $11,703.00 | $0.00 | DA | $0.00 | FA |
| 2007 Honda Accord 37,000 Miles | $13,775.00 | $0.00 | DA | $0.00 | FA |
| Equipment and supplies used in debtors business L&J Tax Service include: Computer, printer & tax books | $200.00 | $0.00 | DA | $0.00 | FA |
| 2011 tax refund (u) | $0.00 | $2,000.00 | | $477.34 | FA |
| Asset Notes: $2,000 estimate from previous years refunds | | | | | |
| Nonexempt wages (u) | $0.00 | $312.95 | | $177.66 | FA |
| Asset Notes: Recovered $177.66 offset from debtors portion of tax refund. $135.29 Deembed Abandoned | | | | | |
| TOTALS (Excluding unknown value) | $226,477.39 | $3,807.34 | | $655.00 | Gross Value of Remaining Assets $0.00 |

**Major Activities affecting case closing:**
CONCLUDED 2011 tax returns - 12.27.11 mailed IRS turnover...dkw
CONCLUDED Nonexempt wages - offset from tax refund...
QR hold open pending 2011 tax returns
CONCLUDED tax refund - owe 88/refund 655
2.21.12 recieved state refund...no tax due debtor offset to ne wages...dkw
Ready for TFR pending 4.2.12 bar date...dkw
QR Ready for TFR pending 4.2.12 bar date...dkw
CONCLUDED - claims reviewed and linked...dkw
TFR@UST for review

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-27208-EWH |
|---|---|
| Case Name: | MORELL, FERDINAND AND MORELL, LYNDORA |
| For the Period Ending: | 6/30/2012 |

| Trustee Name: | Trudy A. Nowak |
|---|---|
| Date Filed (f) or Converted (c): | 09/23/2011 (f) |
| §341(a) Meeting Date: | 11/08/2011 |
| Claims Bar Date: | 04/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

TFR ECF filed

Initial Projected Date Of Final Report (TFR):  12/31/2012        Current Projected Date Of Final Report (TFR):

/s/ TRUDY A. NOWAK
  TRUDY A. NOWAK

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit 9

| Case No. | 11-27208-EWH |
|---|---|
| Case Name: | MORELL, FERDINAND AND MORELL, LYNDORA |
| Primary Taxpayer ID #: | ******0467 |
| Co-Debtor Taxpayer ID #: | ******0468 |
| For Period Beginning: | 9/23/2011 |
| For Period Ending: | 6/30/2012 |

| Trustee Name: | Trudy A. Nowak |
|---|---|
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******7208 |
| Account Title: | |
| Blanket bond (per case limit): | $82,080,307.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/21/2012 | | ARIZONA DEPARTMENT OF REVENUE | 2011 State tax refund | * | $655.00 | | $655.00 |
| | {19} | | 2011 tax refund $477.34 | 1224-000 | | | $655.00 |
| | {20} | | Nonexempt wages $177.66 | 1229-000 | | | $655.00 |
| 02/29/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.10 | $654.90 |
| 03/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.05 | $653.85 |
| 06/30/2012 | 2001 | Trudy A. Nowak | Trustee Expenses | 2200-000 | | $45.15 | $608.70 |
| 06/30/2012 | 2002 | Trudy A. Nowak | Trustee Compensation | 2100-000 | | $163.75 | $444.95 |
| 06/30/2012 | 2003 | Quantum3 Group LLC as agent for | Claim #: 1; Account Number: 4199 Victorias Secret; | 7100-000 | | $25.01 | $419.94 |
| 06/30/2012 | 2004 | Quantum3 Group LLC as agent for | Claim #: 2; Account Number: 9202 New York & Co; | 7100-000 | | $10.61 | $409.33 |
| 06/30/2012 | 2005 | Capital One Bank (USA), N.A. | Claim #: 3; Account Number: 3316; | 7100-000 | | $47.33 | $362.00 |
| 06/30/2012 | 2006 | Chase Bank USA, N.A. | Claim #: 4; Account Number: 1794; | 7100-000 | | $52.21 | $309.79 |
| 06/30/2012 | 2007 | Chase Bank USA, N.A. | Claim #: 5; Account Number: 8108; | 7100-000 | | $16.47 | $293.32 |
| 05/30/2012 | 2008 | Capital One, N.A | Claim #: 6; Account Number: 9626 Kolh's; | 7100-000 | | $15.15 | $278.17 |
| 06/30/2012 | 2009 | AAFES/MIL STAR/EXCHANGE | Claim #: 7; Account Number: 0982; | 7100-000 | | $129.07 | $149.10 |
| 06/30/2012 | 2010 | American Express Centurion Bank | Claim #: 8; Account Number: 1003; | 7100-000 | | $64.56 | $84.54 |
| 06/30/2012 | 2011 | GE Capital Retail Bank | Claim #: 10; Account Number: 7843 JCP/GEMB; | 7100-000 | | $11.84 | $72.70 |
| 06/30/2012 | 2012 | GE Capital Retail Bank | Claim #: 11; Account Number: 5661 Discount/GEMB; | 7100-000 | | $20.62 | $52.08 |
| 06/30/2012 | 2013 | HSBC Bank Nevada, N.A. | Claim #: 12; Account Number: 3179 Furniture Row; | 7100-000 | | $26.34 | $25.74 |
| 06/30/2012 | 2014 | HSBC Bank Nevada, N.A. | Claim #: 13; Account Number: 3531 Best Buy; | 7100-000 | | $25.74 | $0.00 |
| | | | | **SUBTOTALS** | **$655.00** | **$655.00** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-27208-EWH | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|
| Case Name: | MORELL, FERDINAND AND MORELL, LYNDORA | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******0467 | | Checking Acct #: | ******7208 |
| Co-Debtor Taxpayer ID #: | ******0468 | | Account Title: | |
| For Period Beginning: | 9/23/2011 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 6/30/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $655.00 | $655.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $655.00 | $655.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $655.00 | $655.00 | |

**For the period of 9/23/2011 to 6/30/2012**

| | | **For the entire history of the account between 02/21/2012 to 6/30/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $655.00 | Total Compensable Receipts: | $655.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $655.00 | Total Comp/Non Comp Receipts: | $655.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $655.00 | Total Compensable Disbursements: | $655.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $655.00 | Total Comp/Non Comp Disbursements: | $655.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

Page No: 3

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-27208-EWH | Trustee Name: | Trudy A. Nowak |
| Case Name: | MORELL, FERDINAND AND MORELL, LYNDORA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******0467 | Checking Acct #: | ******7208 |
| Co-Debtor Taxpayer ID #: | ******0468 | Account Title: | |
| For Period Beginning: | 9/23/2011 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 6/30/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**  NET DEPOSITS  $655.00  NET DISBURSE  $655.00  ACCOUNT BALANCES  $0.00

**For the period of 9/23/2011 to 6/30/2012**

| Total Compensable Receipts: | $655.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $655.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $655.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $655.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/23/2011 to 6/30/2012**

| Total Compensable Receipts: | $655.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $655.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $655.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $655.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ TRUDY A. NOWAK
_____
TRUDY A. NOWAK